IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00478-BNB

R. THOMPSON,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

ORDER OF DISMISSAL

---

    Applicant, R. Thompson, is in the custody of the Arizona Department of Corrections and currently is incarcerated at the Arizona State Prison Complex in Phoenix, Arizona. Applicant, acting *pro se*, initiated this action by filing a Letter with the Court requesting an extradition to Denver. Magistrate Judge Boyd N. Boland construed the action as filed pursuant to 28 U.S.C. § 2241. In an order entered on February 25, 2013, Magistrate Judge Boland instructed Applicant to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland instructed Applicant either to submit a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 used in filing habeas actions and a certificate showing the current balance in his prison account, or in the alternative to pay the $5.00 filing fee. Magistrate Judge Boland also directed Applicant to filed his claims on a Court-approved from used in filing § 2241 actions.

Magistrate Judge Boland warned Applicant that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Applicant now has failed to communicate with the Court since the February 25 order, and as a result has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  4th  day of  April      , 2013.

BY THE COURT:


 s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court