IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00478-LTB

R. THOMPSON,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 4, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 4 day of April, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/  S. Grimm
                      Deputy Clerk